IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:20CR40 |
| vs. | ) | |
| ANDRES H. OLVERA, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court upon government's Motion to Continue [114]. Counsel for the government needs additional time for availability of a necessary witness on the current scheduled trial date. The defendant does not object to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [114] is granted, as follows:

1. The jury trial now set for February 23, 2021, is continued to **March 9, 2021.**

DATED: February 18, 2021.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**