IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDRES H. OLVERA,<br><br>Defendant. | CASE NO. 8:20CR40<br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the superseding indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the superseding indictment.

_Andres Olvera_                            _Feb. 25 2021_
Defendant                                        Date

_[signature]_                                  _2-25-2021_
Attorney for Defendant                     Date

**ORDER**

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this 25 day of February, 2021.

BY THE COURT:

_Susan M. Bazis_
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT