IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ANDRES H. OLVERA,<br><br>              Defendant. | 8:20-CR-40<br><br>JUDGMENT |

The defendant, having entered a plea of not guilty to Counts I and II of the Superseding Indictment, Filing 116, and the jury having found that the defendant is not guilty,

IT IS ORDERED that judgment is hereby entered accordingly, and the defendant is discharged as to counts I and II of the superseding indictment. The Indictment is dismissed.

Dated this 19th day of April, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge